

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Monty Durell Bryant, Appellant

No. 06-22-00148-CR        v.

The State of Texas, Appellee

Appeal from the 440th District Court of Coryell County, Texas (Tr. Ct. No. 20-26000).  Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's nunc pro tunc judgments of conviction to reflect Bryant's pleas of not guilty to the charged offenses.  As modified, we affirm the trial court's nunc pro tunc judgments of conviction.

We note that the appellant, Monty Durell Bryant, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 16, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk